IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSE MIGUEL REYES-JOVEL,

Petitioner,

vs.

JEROME KRAMER, Sheriff Lincoln County Det Cen; IMMIGRATION AND CUSTOMS ENFORCEMENT, ICE; UNITED STATES CUSTOMS AND IMMIGRATION SER, USCIS; TODD LYONS, Director ICE; and MARK MULLIN,

Respondents.

**8:26CV493**

**ORDER**

The Court is in receipt of Respondent's status update, Filing No. 15, and accompanying declaration and exhibit, Filing No. 16.

The Court granted the petition for writ of habeas corpus in part because Petitioner had appealed the immigration judge's order of removal. However, the BIA has now dismissed Petitioner's appeal, rendering his removal order final. *See* 8 U.S.C. § 1231(a)(1)(B) ("The removal period begins on the latest of the following . . . the date the order of removal becomes administratively final."); 8 C.F.R. § 1241.1 ("An order of removal made by the immigration judge at the conclusion of proceedings under section 240 of the Act shall become final . . . [u]pon dismissal of an appeal by the Board of Immigration Appeals"). Accordingly, the Court agrees with Respondents that Petitioner is subject to mandatory detention, as the Court acknowledged was a possibility in its Order. *See* 8 U.S.C. § 1231(a)(2) ("During the removal period, the Attorney General shall detain the alien.").

Accordingly, the Court agrees with Respondents that due to recent factual developments in this case, Petitioner must remain detained while Respondents attempt to effectuate his removal during the 90-day removal period.

IT IS SO ORDERED.

Dated this 21st day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge